AO93 Search and Seizure Warrant

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

In the Matter of the Search of

Case No.   22-4040MB

527 East Cherry Creek Road, Unit B, Camp Verde, Arizona
on the Yavapai-Apache Indian Reservation.

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-2.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B-2.**

**YOU ARE COMMANDED** to execute this warrant on or before  02/24/2022            *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.02.10 09:07:37 -07'00'

*Judge's signature*

City and state: Flagstaff, Arizona

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br><br>22-4040 MB | Date and time warrant executed:<br>02/10/2022 at 4:42 p.m. | Copy of warrant and inventory left in:<br>VIN#1N4DL01D0YC220328 AZ plate ARN5733 |

Inventory made in the presence of:
SA Timothy Hornbeck

Inventory of the property taken and name of any person(s) seized:

(1) SKS Rifle SN: D73270
(1) CCLA ejected from SKS rifle upon clearing
(19) 7.62x39 CCA
(1) 7.62x39 CCLA
(1) Black magazine
(11) 7.62x39 with headstamp 94 CCLA
(10) 7.62x39 with headstamp tulammo CCLA
(9) 7.62x39 with headstamp norma
(1) Arizona Traffic Ticket and Complaint Paperwork
(1) Machete
(1) Black UX 4x15 Scope Possible DNA
(1) Verizon ZTE Cellphone with a shattered screen
(3) OFE
(2) Glock Magazines
(1) Stick containing red substance
(1) 9mm CC containing Win on headstamp
(1) Black SKS clip magazine
(7) 7.62x39 CCLA with headstamp norma
(1) 7.62x39 CCLA with headstamp tulammo
(1) CCLA 7.62x39 with headstamp 94
(1) Trac phone with bullet hold Model T601DL
(1) Arrowhead water bottle containing red substance
(2) Red substance on wood
(2) Budlight can
(1) Cigarette Butt
(1) Dark color iPhone with case containing blue flowers


Ari

| Certification |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date:    06/21/2022<br><br>                                  *Executing Officer's Signature*<br><br>                          SA Timothy M. Hornbeck<br>                             *Printed Name and Title* |